**Electronically Filed
Supreme Court
SCWC-23-0000388
29-JAN-2025
01:13 PM
Dkt. 9 OGAC**

SCWC-23-0000388

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

STATE OF HAWAI'I,
Respondent and Petitioner/Plaintiff-Appellee,

vs.

JONATHAN P. SPIES,
Petitioner and Respondent/Defendant-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-23-0000388; CASE NO. 3CPC210001004)

ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., McKenna, Eddins, and Ginoza, JJ., and
Circuit Judge Medeiros, in place of Devens, J., recused)

Petitioner and Respondent/Defendant-Appellant Jonathan P. Spies' Application for Writ of Certiorari, filed on December 16, 2024, is hereby accepted and will be scheduled for oral argument. The parties will be notified by the appellate clerk regarding scheduling.

DATED: Honolulu, Hawai'i, January 29, 2025.

/s/ Mark E. Recktenwald

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Lisa M. Ginoza

/s/ Dyan M. Medeiros